| | |
|---|---|
| 1 | Kathryn J. Halford (CA Bar No. 068141) |
|   | Email: khalford@wkclegal.com |
| 2 | Harrison Levy (CA Bar No. 334121) |
|   | Email: hlevy@wkclegal.com |
| 3 | **WOHLNER KAPLON CUTLER** |
|   | **HALFORD ROSENFELD & LEVY** |
| 4 | 16501 Ventura Boulevard, Suite 304 |
|   | Encino, CA  91436 |
| 5 | Telephone: (818) 501-8030 ext. 331 |
|   | Facsimile: (818) 501-5306 |
| 6 | |
| 7 | Attorneys for Plaintiffs, Board of Directors of the Motion Picture Industry Pension Plan, et al. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN, | CASE NO. 2:22-cv-0302-RGK-AFMx |
| | **NOTICE OF VOLUNTARY DISMISSAL OF PIMIENTA CORP., A PUERTO RICO CORPORATION ONLY** |
| | |
| | Fed.R.Civ.Proc. 41(a)(1)(A)(i) |
| Plaintiffs, | |
| vs. | |
| SPEED KILLS PRODUCTIONS, INC., a Wyoming corporation, PIMIENTA CORP., a Puerto Rico corporation. | |
| Defendants. | |

- 2 -

1     **NOTICE IS HEREBY** given that pursuant to Fed.R.Civ.Proc.
2  41(a)(1)(A)(i), Plaintiffs' voluntarily dismiss Defendant PIMIENTA CORP., a
3  Puerto Rico corporation only from the above captioned action, without prejudice.

5  DATED: March 1, 2022             Kathryn J. Halford
                                              Harrison Levy
6                                          **WOHLNER KAPLON CUTLER**
                                         **HALFORD ROSENFELD & LEVY**

8                      By:   */s/ Kathryn J. Halford*
                                      Kathryn J. Halford
9                                       Attorney for Plaintiffs
10                                     Board of Directors of the Motion
                                      Picture Industry Pension Plan, et al.