Kathryn J. Halford (CA Bar No. 068141)
Email: khalford@wkclegal.com
Harrison Levy (CA Bar No. 334121)
Email: hlevy@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD ROSENFELD & LEVY**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 331
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Directors
of the Motion Picture Industry Pension Plan, et al.

JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SPEED KILLS PRODUCTIONS, INC., a Wyoming corporation, PIMIENTA CORP., a Puerto Rico corporation.<br><br>Defendants. | CASE NO. 2:22-cv-00302-RGK-AFM<br><br>The Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] ORDER AND **DEFAULT JUDGMENT** [17]<br><br>[Fed.R.Civ.P. 55(b); L.R. 55-1]<br><br>DATE: May 2, 2022<br>TIME: 9:00 a.m.<br>CTRM: 850, 8th Floor |

DEFAULT JUDGMENT

1  The above-entitled matter came before the Honorable R. Gary Klausner, United States District Judge, presiding in Courtroom 850 of the above-entitled Court, on May 2, 2022 at 9:00 A.M., pursuant to the motion of Plaintiffs, Board of Directors of the Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, and Board of Directors of the Motion Picture Industry Health Plan (hereinafter, "Plans" or "Plaintiffs") for Entry of Default Judgment against Defendant SPEED KILLS PRODUCTIONS, INC., a Wyoming corporation ("Speed Kills" or "Defendant").

It appearing that Defendant, having been regularly served with process and having failed to plead or otherwise defend this action, and default having been entered, and the Court having considered Plaintiffs' Motion for Entry of Default Judgment, supporting Declarations and all other papers filed in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment shall be entered in favor of Plaintiffs, Board of Directors of the Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, and Board of Directors of the Motion Picture Industry Health Plan and against Defendant SPEED KILLS PRODUCTIONS, INC., a Wyoming corporation, as follows:

///
///
///

| | |
|---|---|
| Delinquent Contributions (4/23/17-8/25/18) | $4,022.09 |
| Interest (4/23/17 – 5/2/22) | $2,067.55 |
| Liquidated Damages (4/23/17 – 5/2/22) | $2,067.55 |
| Attorneys' Fees | $4,226.00 |
| Litigation Costs | $1,355.75 |
| **TOTAL** | **$13,738.94** |

IT IS SO ORDERED.

DATED: April 29, 2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE